**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

REHABILITATION AND COMMUNITY
PROVIDERS ASSOCIATION, AND
WESTMORELAND COUNTY BLIND
ASSOCIATION, AND ASSOCIATED
PRODUCTION SERVICES, INC., AND
UNITED CEREBRAL PALSY OF CENTRAL
PENNSYLVANIA, INC. AND SCOTT
HOWARD SCHWARTZ BY AND
THROUGH THEODORE A. SCHWARTZ,
CO GUARDIAN, AND RYAN BRETT BY
AND THROUGH HIS GUARDIAN FRANCIS
BRETT

        v.

DEPARTMENT OF HUMAN SERVICES
OFFICE OF DEVELOPMENTAL
PROGRAMS

APPEAL OF: REHABILITATION AND
COMMUNITY PROVIDERS
ASSOCIATION, AND SCOTT HOWARD
SCHWARTZ BY AND THROUGH
THEODORE A. SCHWARTZ, CO
GUARDIAN, AND RYAN BRETT BY AND
THROUGH HIS GUARDIAN FRANCIS
BRETT

:  No. 93 MAP 2024
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 543
:  MD 2019 dated October 24, 2024.
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**                    **DECIDED: October 23, 2025**

      **AND NOW,** this 23rd day of October, 2025, the order of the Commonwealth Court

is **AFFIRMED**.